```
       UNITED STATES
      DISTRICT COURT
   WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

       # 07000061 - JD
        November 13, 2006


  Code   Case #     Qty     Amount

  MSC FIL MC-06-21 E   1 @   39.00
                            39.00

  TOTAL →              39.00


  FROM: LISA PRESTA
        MCDONALD LAW FIRM
```

filing fee

MC-06-21 E

receipt
# 07-61